IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHASE MORTGAGE COMPANY
F/K/A CHEMICAL MORTGAGE COMPANY,

      Appellant,

v.                                   Case No. 5D15-832

PETER GREENWOOD, ET AL.,

      Appellees.

_____/

Opinion filed March 4, 2016

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Elizabeth T. Frau, of Ronald R. Wolfe &
Associates, P.L., Tampa, and Victor Kline,
of Greenspoon Marder, P.A., Orlando, for
Appellant.

No Appearance for Appellees.

PER CURIAM.

REVERSED. See Ocwen Loan Servicing, LLC v. Brogdon, 41 Fla. L. Weekly D336, D337 (Fla. 5th DCA Feb. 5, 2016) (reversing trial court's dismissal of foreclosure complaint without prejudice where counsel's failure to appear at a hearing due to inadvertent secretarial error amounted to excusable neglect under Florida Rule of Civil Procedure 1.540(b)).

SAWAYA, WALLIS and LAMBERT, JJ., concur.